## GABRIEL GODFROY, SR., *versus* FRANÇOIS DESNOYER, DIT FIFI

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Return non est, alias ordered, continued *p. 442; (2) consolidated, referred *p. 502; (3) report of referees, judgment *p. 534.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) capias and return.
*Office Docket*, MS p. 26, c. 58; p. 55, c. 2.